**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
July 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | | |
|---|---|---|
| **GADIGEPPAGOUDA LINGANAGOUDA PATIL,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| **PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; CONNIE NOLAN, DIRECTOR OF U.S.C.I.S., VERMONT SERVICE CENTER, ESSEX JUNCTION, VT; and UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES.,** | § § § § § § § § § § § § § | **NO. SA-24-CV-00475-OLG** |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed May 6, 2025, concerning Defendants' Motion to Dismiss (Dkt. No. 16). (*See* R&R, Dkt. No. 17.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed via certified mail on May 7, 2025 (*see* Dkt. No. 18) and delivered on May 12, 2025 (*see* Dkt. No. 20). To date, no objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of

those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 17) and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 16) is **GRANTED**, and Plaintiff's "Complaint for Writ of Mandamus" is **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 7th day of July 2025.

_____
ORLANDO L. GARCIA
United States District Judge